IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY A. ROBERTSON**                                                              **PLAINTIFF**

V.                              CASE NO. 4:20-CV-469-BRW-BD

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## ORDER

I have reviewed the Recommendation (Doc. No. 16) filed by Magistrate Judge Beth Deere. Neither party has filed objections. After careful consideration, I approve and adopt the Recommendation in all respects.

Accordingly, the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED this 16th day of March, 2021.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE