**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KIMBERLY A. ROBERTSON**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-469-BRW-BD**

**ANDREW SAUL, Commissioner,
Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

    Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for Defendant.

    IT IS SO ORDERED this 16th day of March, 2021.


                    Billy Roy Wilson_____
                    UNITED STATES DISTRICT JUDGE